UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21032-CIV-ALTONAGA/Reid

**ENLAI ZHU**,

    Plaintiff,
v.

**THE PARTNERSHIPS,
UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE A**,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On March 14, 2025, Plaintiff, Enlai Zhu filed an Amended Complaint [ECF No. 7], following the Court's March 7, 2025 Order [ECF No. 6] dismissing his initial Complaint [ECF No. 1] as a shotgun pleading. Plaintiff has failed to attach or include the "Schedule A" referenced in the Amended Complaint — which would presumably identify the Defendants Plaintiff seeks to sue. (*See* Am. Compl. 1; *see also* March 7, 2025 Order 2 n.1 (alerting Plaintiff to the same error in his original Complaint (citing S.D. Fla. L. R. 5.4; CM/ECF Administrative Procedures §§ 5A, 9A-D, and 10B (additional citation omitted)))).[1] If Plaintiff intended for Exhibit One [ECF No. 7-1] bearing the words "filed under seal" to stand for Schedule A, he did not seek leave to file the exhibit under seal. (*Id.*).

Being fully advised, it is

**ORDERED** that Plaintiff shall file a second amended complaint, attaching an unredacted

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 25-21032-CIV-ALTONAGA/Reid

version of Schedule A, or a motion seeking to file Schedule A under seal, by **March 20, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of March, 2025.

_____<br>
**CECILIA M. ALTONAGA**<br>
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record