UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21032-CIV-ALTONAGA/Reid

Enlai Zhu,

          *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

          *Defendants*.
_____/

**Schedule A Defendants**

## Schedule A Defendants

| Def. # | Seller Aliases | Defendants' Walmart Stroe URLs |
|---|---|---|
| 1 | Ctrlall | https://www.walmart.com/seller/101576001 |
| 2 | Rwvbm Pro Seller | https://www.walmart.com/seller/101597997 |