UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-21032-CIV-ALTONAGA/Reid

Enlai Zhu,

       *Plaintiff*,

 v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

       *Defendants*.

_____ /

**NOTICE OF FILING PROPOSED SUMMONS**

  Plaintiff, Enlai Zhu, files this Notice of Filing of Proposed Summonses, and respectfully requests the Clerk's issuance of the accompanying summonses for The Partnerships, Unincorporated Associations Identified on Schedule A.

April 14, 2025          Respectfully submitted,

                /s/ Andrew J. Palmer
                Andrew J. Palmer
                Palmer Law Group, P.A.
                401 E Las Olas Blvd, Suite 1400
                Fort Lauderdale, FL 33301
                Phone: 954-771-7050
                ajpalmer@palmerlawgroup.com
                *Counsel for Plaintiff*