UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21032-CIV-ALTONAGA/Reid

Enlai Zhu,

           *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

           *Defendants*.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Enlai Zhu, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses Defendants with Walmart Seller IDs *Rwvbm Pro Seller* and *Ctrlall* with prejudice. Each party shall bear its own costs and fees.

Since all Defendants have been dismissed from the case, Plaintiff respectfully requests that the case be closed.

May 12, 2025,                             Respectfully submitted,

                                                /s/ Andrew J. Palmer
                                               Andrew J. Palmer
                                               Palmer Law Group, P.A.
                                               401 E. Las Olas Blvd, Suite 1400,
                                               Ft. Lauderdale, FL 33301
                                               Phone: 954-491-1300
                                               ajpalmer@palmerlawgroup.com